UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS AFEWORKI,

        Petitioner,

v.

DAN BAILEY,

        Respondent.

Case No. C09-535-RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. 4), the Report and Recommendation ("R&R")[1] of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 4) is DISMISSED with prejudice;

//

---

[1] Mr. Afeworki did not object to the R&R. The record indicates that Mr. Afeworki updated his address shortly after the court mailed the R&R to him, and that the R&R was initially returned to the court as undeliverable. The court mailed the R&R again, this time to Mr. Afeworki's updated address. This court then waited more than six weeks after the second mailing. Mr. Afeworki neither objected to the R&R nor filed any other document after receiving the R&R.

ORDER OF DISMISSAL – 1

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Brian A. Tsuchida.

DATED this 23rd day of November, 2009.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 2